# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2010

Marilyn Kelly,
Chief Justice

141310

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

KIM WHITE, Personal Representative of the
Estate of Craig White,
            Plaintiff-Appellee,

v

SC: 141310
COA: 286181
Livingston CC: 07-023144-NP

VICTOR AUTOMOTIVE PRODUCTS, INC.,
BARJAN PRODUCTS, L.L.C., and BARAN,
L.L.C.,
            Defendants,
and

BELL AUTOMOTIVE PRODUCTS, INC.,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 18, 2010 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the summary disposition order of the Livingston Circuit Court.

HATHAWAY, J., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2010

Clerk

0922